IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Gregg and Kathy Gregg ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) 20-cv-2821 <br> 175 East Delaware Place ) <br> Homeowners Association and ) <br> Sudler Property Management, ) <br> ) <br> Defendants ) | |

### PLAINTIFFS' VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs hereby assert that this matter has been settled pursuant to a Settlement Agreement effective January 28, 2021. Accordingly, Plaintiffs respectfully request that the Court dismiss this action with prejudice on February 26, 2021. This stipulation and dismissal completely terminates the above-entitled action against all parties.

Dated: February 26, 2021                           Respectfully Submitted,


  /s/ Mary Rosenberg_____
Mary Rosenberg
Access Living of Metropolitan Chicago
115 W. Chicago
Chicago, Illinois 60654
mrosenberg@accessliving.org
(312) 640 – 2155